ROBERT W. FREEMAN
Nevada Bar No. 3062
DANIELLE C. MILLER
Nevada Bar No. 9127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
        Attorneys for Defendant
        Southern Nevada Health District

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

| | |
|---|---|
| PHYLLIS CRITTENDEN, | CASE NO. 2:15-cv-1635-JAD-CWH |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME OF THE DATE SET FOR THE FILING OF DEFENDANT SOUTHERN NEVADA HEALTH DISTRICT'S RESPONSE TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| SOUTHERN NEVADA HEALTH DISTRICT, a political subdivision of Clark County, Nevada, | |
| Defendant. | |

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendant SOUHERN NEVADA HEALTH DISTRICT to file their response  to Plaintiff's Complaint, said response being due on September 21, 2015 be extended until October 21, 2015.

### Reason for Extension

Because of the complexity of the claims made in Plaintiff's Complaint, Defendant needs additional time to perform an investigation prior to filing a responsive pleading.  This stipulation

…

…

…

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4834-8210-4360.1

is made in good faith and not for the purpose of delay. This is the first extension of time requested by counsel for filing Defendant's Answer to Plaintiffs Complaint.

DATED this 18th day of September, 2015.          DATED this 18th day of September, 2015.

LEWIS BRISBOIS BISGAARD & SMITH LLP          LAW OFFICES OF DANIEL MARKS

/s/ Robert W. Freeman                             /s/ Adam Levine
Robert W. Freeman, Jr., Esq.                      Adam Levine, Esq.
Nevada Bar No. 3062                               Nevada Bar No. 4673
Danielle C. Miller, Esq.                          Teletha L. Zupan, Esq.
Nevada Bar No. 9127                               Nevada Bar No. 12660
6385 S. Rainbow Blvd, Suite 600                   530 South Las Vegas Blvd., Suite 300
Las Vegas, Nevada 89118                           Las Vegas, Nevada 89101
Attorney for Defendant                            *Attorneys for Plaintiff*
Southern Nevada Health District

## ORDER

IT IS SO ORDERED.

Dated this 22 day of September, 2015.

_____
United States Magistrate Judge

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW