ROBERT W. FREEMAN
Nevada Bar No. 3062
DANIELLE C. MILLER
Nevada Bar No. 9127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendant
    Southern Nevada Health District

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| PHYLLIS CRITTENDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHERN NEVADA HEALTH DISTRICT, a political subdivision of Clark County, Nevada,<br><br>    Defendant. | CASE NO. 2:15-cv-1635-JAD-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME OF THE DATE SET FOR THE FILING OF DEFENDANT SOUTHERN NEVADA HEALTH DISTRICT'S RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**Second Request** |

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendant SOUHERN NEVADA HEALTH DISTRICT to file their response to Plaintiff's Complaint, said response being due on October 21, 2015 be extended until November 4, 2015.

### Reason for Extension

Because of the complexity of the claims made in Plaintiff's Complaint, Defendant needs additional time to perform an investigation prior to filing a responsive pleading.  In addition, counsel for defendant has been out of the State for all but three (3) days during the month of October.  This stipulation is made in good faith and not for the purpose of delay. This is the first

…

…

…

4838-3170-4361.1

extension of time requested by counsel for filing Defendant's Answer to Plaintiffs Complaint.

DATED this 21st day of October, 2015.          DATED this 21st day of October, 2015.

LEWIS BRISBOIS BISGAARD & SMITH LLP     LAW OFFICES OF DANIEL MARKS

/s/ Robert W. Freeman                          /s/ Adam Levine
Robert W. Freeman, Jr., Esq.                   Adam Levine, Esq.
Nevada Bar No. 3062                            Nevada Bar No. 4673
Danielle C. Miller, Esq.                       Teletha L. Zupan, Esq.
Nevada Bar No. 9127                            Nevada Bar No. 12660
6385 S. Rainbow Blvd, Suite 600                530 South Las Vegas Blvd., Suite 300
Las Vegas, Nevada 89118                        Las Vegas, Nevada 89101
Attorney for Defendant                         *Attorneys for Plaintiff*
Southern Nevada Health District

## ORDER

IT IS SO ORDERED.

Dated this 22 day of October, 2015.

_____
United States Magistrate Judge

4838-3170-4361.1                               2