# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHYLLIS CRITTENDEN, ) | 2:15-cv-01635-JAD-CWH |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| SOUTHERN NEVADA HEALTH ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on the parties' Joint Discovery Plan and Scheduling Order (doc. # 15), filed November 30, 2015.

The Court has reviewed the proposed discovery plan and finds that it does not comply with Local Rule ("LR") 26-1. Absent a court order, "discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review." LR 26-1(e)(1). Additionally, parties that request a discovery period that is longer or different must provide "a statement of the reasons why longer or different time periods should apply to the case." LR 26-1(d).

Here, the parties stipulated that the 180-day discovery period would be measured from the date of their Rule 26(f) conference, rather than the date Defendant answered Plaintiff's complaint. However, the parties fail to provide an explanation as to why a special scheduling review is required in this case. The Court therefore finds that the parties have not provided a sufficient explanation to warrant an extended discovery period.

Accordingly, **IT IS HEREBY ORDERED** that the parties' Joint Discovery Plan and Scheduling Order (doc. # 15) is **denied.**

DATED: December 1, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**