# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Phyllis Crittenden,

    Plaintiff

v.

Southern Nevada Health District,

    Defendant

Case No.: 2:15-cv-01635-JAD-CWH

**Order Adopting Report and Recommendation Dismissing Case with Prejudice, and Denying Remaining Motion as Moot**

**[ECF Nos. 37, 39]**

    Phyllis Crittenden sues the Southern Nevada Health District for racial discrimination and retaliation.[1] Crittenden's former attorney filed a motion to withdraw.[2] Magistrate Judge Hoffman issued an order to show cause why Crittenden failed to attend the hearing on that motion and warned that failure to comply with the order may result in dismissal.[3] Plaintiff failed to comply with the order to show cause, so Magistrate Judge Hoffman recommends that this case be dismissed with prejudice.[4] The Report and Recommendation was entered April 5, 2017. Objections were due April 19, 2017.

    "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Crittenden has filed no objections to the Report and Recommendation.

. . .

. . .

---

[1] ECF No. 1.

[2] ECF No. 32.

[3] ECF No. 36.

[4] ECF No. 39.

Accordingly, with good cause appearing, and no reason to delay,

It is hereby ORDERED that Magistrate Judge Hoffman's Report and Recommendation **[ECF No. 39]** is **ACCEPTED and ADOPTED**. It is further ORDERED, ADJUDGED, AND DECREED that this case is **DISMISSED with prejudice** and defendant's pending motion **[ECF No. 37]** is DENIED as moot. The Clerk of Court is directed to **CLOSE THIS CASE**.

DATED April 25, 2017.

_____
Jennifer A. Dorsey
United States District Judge